RECEIVED
JUL 3 1 2015
U.S. District Court
Eastern District of MO

Sumayah Hodges
414 North 23rd Street #517
St.Louis Mo.63103
Sumayahlv@yahoo.com
702-860-0508

Re: REQUEST FOR IMPEACHMENT OF PRESIDENT BARACK OBAMA
RE: REQUEST FOR URGENT PROTECTION ORDER

**TO: Whomever this may concern,**

I **Sumayah Hodges,** a constituent who wants President Obama impeached. In violation of his constitutional oath faithfully to execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States an in violation of his constitutional duty to take care that the laws be faithfully executed, has willfully corrupted and manipulated the judicial process of the United States for his personal gain and exoneration, impeding the administration of justice, in that

On January 20, 2009 President Obama swore to tell the truth, the whole truth, and nothing but the truth before a Federal grand jury of the United States. President Obama has been in direct violations of the laws of this nation and the Constitution

1. He has violated his oath to defend the United States Constitution
2. 2. He has refused his Assent to Laws, the most wholesome and necessary for public good.
3. He has attempted to annul free of speech by setting up an illegal reporting system for attacking private citizens who oppose him.
4. Sumayah Hodges Constitutional rights have been violated and abused by the court.
5. Due process of law is one of the most deeply rooted principles in American jurisprudence, a legal concept that ensures the government will respect all of a person's legal rights instead of just some or most of those legal rights when the government deprived a person of life, liberty, or property. Due process places limitations on laws and legal proceedings in order to guarantee fundamental fairness, justice, and liberty.

6. In this civil action, the government has not respected Sumayah Hodges legal rights. The government has but all ignored Sumayah Hodges rights. This is addressed in detail below, but page limited do not permit full and complete explanation of all the violations and abused committed by corrupted government officials against Sumayah Hodges. A hearing is needed.
7. The Constitution states only one command twice. The Fifth and Fourteenth Amendment say that no one shall be "deprived of life, liberty or property without due process of law." The central promise is that all levels of government must operate within the law and provide fair procedures.
8. In this civil action Sumayah Hodges has been deprived of most rights except the right to pay money and make filings with the court.
9. Due process required that the government respect all of the legal rights that are owed to a person according to the law. Due process holds the government subservient to the law of the land, protecting individual persons from the state. In the Declarations of Independence, Thomas Jefferson set forth the rationale for the establishment of government in a society: to secure the fundamental, inherent, and preexisting rights of the people.
10. In this civil action, the Court has shown absolutely no respect for Sumayah Hodges legal rights. In this civil action the Department of Justice has shown absolutely no respect for Sumayah Hodges legal and human rights. Sumayah Hodges has been denied the most fundamental right to not have her legal rights stolen by a dishonest judge and corrupted government officials and law enforcers.
11. Given the enormous value placed on people's lives and liberty and given recognition of the enormous power of the government, our Founding Fathers wanted to ensure that a few innocent people as possible punished, even if that meant lots of guilty people went unpunished.
12. Procedural due process guarantees protection to everyone so that statutes, regulations, and enforcement actions ensure that no one is deprived of life, liberty, or property without a fair opportunity to affect the judgement or result.
13. In this civil action Sumayah Hodges has been denied the rights to fair trial due to the corruption in the court, the severity of the case which involve dishonest judge, the formal Attorney General of Nevada, investigators,

corrupted law enforcers , conspiracy and the threats on her and her daughters lives.

14. If due process is to be secured, the laws must operate alike upon all and not subject the individual to the arbitrary exercise of governmental power unrestrained by established principles of private rights and distributive justice.
15. In a civil action, the judges should have automatic settle the case in Sumayah Hodges favor due to the fact the former Attorney General Catherine Cortez Masto was subpoenaed to appear in court, she didn't appear in court that day
16. There was an illegal wiretap application made and an illegal investigation conducted on Sumayah Hodges for the sole purpose of torture,
17. Sumayah Hodges is being tortured, targeted and tormented daily by these corrupted government officials and corrupted law enforcement officers in an effort to forced her to stop pursuing her case against them for murdering her father George Hoffman Sr. while recovery in a rehabilitation medical facility. Sumayah Hodges believes her sister Fatima Hoffman was also murdered while hospitalize a little over a month after father murder,
18. Sumayah Hodges is under a twenty four hour illegal surveillance, she has been secretly implanted with biomedical device(ultra Wideband transmitter), interception of all forms of communication including postal services.
19. Sumayah Hodges home, vehicle and business has been bugged and is being illegally surveillance.
20. Sumayah Hodges daughters have been forced into involuntary servitude by these corrupted government law enforcement officials. Her youngest daughter was forced by the police officers to make a sexual advancement on her mother. This same daughter graduated a month ago from Southren University of Illinois were she received her master degree and was forced not to invite her mother, Sumayah Hodges. Last week this same daughter had her white coat ceremony at UCLA again mother couldn't attend.
21. Sumayah Hodges a small business owner of more than twenty years has been forced out of business, these corrupted government officials sabotage her business, conspired her clients against her and intentionally caused her depletion of funds.
22. Sumayah Hodges has been subjected to intentional mental abuses, these corrupted government official hired an actor who look like her father had

him to crossed the road in front of her vehicle while at a stop light on her way to court to file a motion for discovery of document. Another time Sumayah Hodges went to visit her uncle who live in a mental institution, his room had the same décor as her bedroom. These corrupted individual created daily mental scenes for Sumayah Hodges mainly threaten ones for her and daughters lives.

23. Through the use of the secretly implanted chip whoever controlling it is causing Sumayah Hodges physical harm. Someone is intentionally causing her heart pain, breathing issues, nervous problems causing her arms and legs to shake or jump uncontrollable without any effort on Sumayah Hodges behalf. Sumayah notice this cruel abuse would only happen whenever she was making an effort to seek justice. Sumayah Hodges believe this chip caused freezing temperatures from inside her body causing her bones to aches.

24. Everywhere Sumayah Hodges go to conduct business someone make a call to said business to either misinform her, raised prices, stop, delay or cancel transaction. Most times wherever she went that merchant computer would shut down whenever it was Sumayah Hodges turn to be service this would happen two or three times a day. Sumayah Hodges debit card transactions are being interfered with, finical and banking information is being monitor and mail delivery service are being monitored.

25. Sumayah Hodges entire family has been forced to conspired against her, her boy friend had been forced out of her life, her two daughters forced from communicating with her and when they do call its with an indirect threat on our life these corrupted individual have to give them permission to call her. Sumayah Hodges daughters are being forced to tortured their own mother, these corrupted people sent her a messages stating they were her daughters new guardians. If she stop pursuing this case against them they will give her, her daughters back. Sumayah Hodges and her daughters had a very close relationship they were like best of friends talking three or four times daily via phone both girls live in different states, now they may communicate three or four time a month.

26. Sumayah Hodges has been forced to be made an enemy of the states and a prisoner in her own home, she had been alienated and isolated from the world. Even if she met someone for the first time they would be plants these corrupted government officials would always have strangers give Sumayah an indirect message. Whenever she would give her number out

to a new person they would call also with a messages from these corrupted government officials.

27. Every social media site Sumayah Hodges has is being monitored and control by someone else. Phone calls are being rerouted and emails are not going anywhere. Someone for the last three to four years has been controlling her phone, computer, iPad and Internet services. Sumayah Hodges had a commerical airing on TV In Las Vegas for her beauty salon Grannz's Beauty Center each time the commerical aired someone would shut down her business telephone lines preventing her from getting any calls for commerical advertising thus causing her to deplete funds. Phones lines , internet services, credit cards machine and anything that is digital was being control by someone via Internet.
28. Sumayah Hodges dog of eight years K-9 was stolen in an effort to install the illegal surveillance system in her home. Her newly renovated landscaping in her back yard was destroyed, these people were able to control the sprinkler system via Internet killing off her newly planted Carolina Trees about nine of them.
29. Sumayah Hodges founder of two non-profit Modern Outreach Mentoring Support (MOMS) and Grannz's Advanced Cosmetology CDC both destroyed, also the promotion of her first book "Granny said: If you can't find a job create a job" destroyed, her private label commerical welted human hair package "NUHSO 100% human hair" sabotage and destroyed, her motivational speaking career, training and coaching destroyed.
30. The salon hot water tank at the time was digital tank someone kept interfering with the hot water causing Sumayah Hodges to lose business. Finally the hot water shut down and had to be replaced, one of her clients via telephone insist on paying for a new hot water tank, Sumayah Hodges have her client the merchant contact information so she could make the transaction using her credit card. In the process of client making transaction someone frozen her account that fast to prevent the client from buying new hot water tank for Sumayah Hodges business. Client went to bank to get cash and was informed that her account had been frozen no explanation the bank teller didn't know why her account had been frozen. These corrupted government officials intentional destroyed equipment so that Sumayah would spend money replacing them, they didn't want client to pay for hot water tank they were trying to bankrupt Sumayah.

31. Whenever Sumayah Hodges was expecting a check or something important in the mail it never came or was always delayed by months sometimes.
32. Someone intentionally shut down Sumayah Hodges truck while in traffic through the use of On-Star. Sumayah Hodges purchase an extended warranty plan for her H-4 Hummer mainly because someone was always tampering with it, she was informed via telephone that warranty would go into effect thirty days after she purchase it two days prior before warranty going into effect someone shut truck down in the middle of road. That would not be the only time several times through On-Star someone would tampered with truck.
33. Sumayah Hodges alleged that bullets were intentionally meant for her instead of the officer who were shot during the Ferguson protest in March. Sumayah was warned not to go there these corrupt police officer fear Sumayah sharing her story with the protestors. Sumayah stood in in front front line but on the other side of the street of officers who were shot. Shots came from behind Sumayah Hodges she could see the gun smoke and residue from shots fired.
34. Police cars would sit outside Sumayah Hodges beauty salon for hours every days trying to intimidate her. They would arrived around the same time Sumayah arrive for work. Sumayah didn't have a set schedule she was subject to come in anytime yet it never failed these officials would should show up at the same time.

Sumayah had a conversation in the privacy of her own home on a lunch break from work about calling the animal control truck for a stray cat. When she arrive back at work a animal control truck was sitting outside her salon, type of torture this happen very often.

35. Everyday someone would be sitting outside of the salon in their car for hours extracting clients data from their phones, because it was a walk in salon it would ten or more clients waiting at a time. One SUNDAY evening a client approach the car ask the gentlemen why was he sitting out there he replied he was waiting on his wife to get off work. He mention his wife working a mile up the road, the client notice he had some sort of computer equipment look like a miniature computer. He sped off soon as she turn her back.
36. Every hotel Sumayah Hodges lodge in someone would called the hotel moment before her arrival requesting she put in a room near the exit door and a room that had surveillance cameras. Sumayah Hodges have not had

any privacy in her life for the last three to four year, these corrupted people would tapped into other businesses surveillance system to spy on her such places like Restrarunt, shopping malls ect…. In the very she lost lifetime friendships with people she loved because they all became informant and was used to spied on Sumayah in a her business.

37. On Sunday March 2, 2015 a client Tammie Byers told Sumayah that "snitches get found in ditches " Sumayah fearing for her life attempted to contact an attorney informing him of conversation she had with Tammie Byers, the attorney was an imposters just like all the others Ms. Sumayah had spoke with. Someone informed Tammie that Sumayah sought an attorney and told the Attorney of Tammie conversation, a few days later Tammie called Sumayah salon for day insisting that the receptionist put Sumayah on phone finally Tammie left a message stating it was about money tell Sumayah lots of money was the message Tammie left for Sumayah, Tammie knew Sumayah had including her in the details Sumayah shared over the phone with attorney. A couple days after that The salon received a phone call the caller ID read " HUNT U" More threats on Sumayah life.

38. On August 22, 2014 durning a phone conversation with Sumayah and Dreana Sweeny , Dreana mention that she met another lady in the same industry as mind who had also been black listed in Vegas instantly Sumayah asked if she could share the rest of conversation later in person informing Dreana that her phones were tapped. Later that evening Sumayah and Dreana were outside and intentionally stood far away from their vehicles leaving all electronic in vehicles so they could finish conversation in private while conversing someone was controlling Sumayah Hodges truck causing the horn to hunk uncontrollably wanting to frighten the both of us.

**Sumayah Hodges for the last three to four years has been deprived of her life, liberty property, and pursuit of happiness due to the corruption in the United States government system. The legal system has failed her causing her and her daughters to be tormented and inflicted with intentional mental distress daily for years. Sumayah Hodges wrote to President Obama on three different occasions along with Chuck Hagar, and Eric Holder still no response. Ms. Hodges also certified forty five letters to different divisions of the Department of Justice and other government affiliated seeking an Urgent Request for Expedited processing and an protection order for her and her**

daughter lives to her dismay no one address the threats made on their live and all request were denied. How could every government investigative department, division, office and affiliated turn their backs to her plea for the protection for Sumayah Hodges mother and daughters La'Mayah Hodges and Amayah Hoffman lives. The government, it's officials and the entire government system had repeatedly violated the Constitutional rights of Sumayah Hodges. In this civil action the government had been totally unjust and in direct violation of the Sumayah Hodges Constitutional rights. The government has not respected Sumayah Hodges rights and ignored her plea for protection of her and her daughters lives which is protected under the United States Constitution.

I Sumayah Hodges request that President Barack Obama of the United States, be impeached for high crimes, and misdemeanors and for the corruption in the entire government system. In his conduct while President of the United States, President Barak Obama, in violation of his constitutional oath faithfully to execute the office of President of the United States and, failed to defend Sumayah Hodges Constitutional rights, and in violation of his constitutional duty to take care that the laws be faithfully executed, he is responsible for the corrupted and manipulated judicial process of the United States.

*Sumayah Hodges*

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

July 31, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Sumayah Hodges,
(Plaintiff),

Vs.  Case No.

President Barack Obama of the United States,
(Defendant),

**VERIFICATION OF SIGNED ORIGINAL DOCUMENT**

Pursuant to Local Rule 11-2.11, Sumayah Hodges plaintiff hereby attests
To the existence of a paper copy of **REQUEST FOR THE IMPEACHMENT OF PRESIDENT BARACK OBAMA** bearing the original signature(s) of **President Barack Obama of the United States**. The document was filed electronically on July 31, 2015, with a blank signature line. Counsel will retain the paper copy bearing the original signature(s) during the pendency of the litigation including all possible appeals.

Sumayah Hodges *[signature]*
Plaintiff
414 N 23 Street # 517            7/31/15
St. Louis Missouri 63103

**CERTIFICATE OF SERVICES**
I herby certify that on July 31, 2015, the foregoing was filed electronically with the Clerk of Court to be serve by operation of the Court's electronic filing system upon the following:
President Barack Obama.

I hereby certify that on _____ the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

_____.

Attorney's Signature